United States Courts
Southern District of Texas
FILED

*November 20, 2025*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **v.** | § § | **Criminal No.**   M-25-2849 |
| **JAIME ALBERTO MURILLO-PADILLA** | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about November 3, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JAIME ALBERTO MURILLO-PADILLA**

an alien who had previously been denied admission, excluded, deported and removed, knowingly and unlawfully entered, attempted to enter, and was at any time found in the United States, to wit: near Roma, Texas, said defendant not having obtained the consent to reapply for admission into the United States from the Attorney General of the United States and Secretary of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____
FOREPERSON

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY