IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA      *

v.      *      CR. NO. M-25-2849

JAIME ALBERTO MURILLO-PADILLA    *

<u>MOTION TO ADVANCE SENTENCING DATE</u>

Now comes defendant, JAIME ALBERTO MURILLO-PADILLA, by his court-appointed attorney YVONNE M. GOMEZ, Assistant Federal Public Defender, and files this Motion to Advance Sentencing Date, presently scheduled for April 7, 2026 at 9:00 a.m. and as grounds therefore would show the Court as follows:

I.

Mr. JAIME ALBERTO MURILLO-PADILLA pled guilty on January 5, 2026 before the Honorable Drew B. Tipton, U.S. District Judge, to unlawfully present in the United States after being previously excluded, deported, and removed, in violation of Title 8, United States Code, Sections 1326.

II.

The Presentence Investigation Report states that the guideline range is 0 to 6 months. Accordingly, defense counsel requests that Mr. JAIME ALBERTO MURILLO-PADILLA's sentencing hearing be advanced.

III.

Assistant United States Attorney, Matthew Phelps, is unopposed to the filing of this motion.

WHEREFORE, PREMISES CONSIDERED, defendant prays that this Honorable Court grant his Motion to Advance Sentencing Date.

Respectfully submitted,

PHILIP G. GALLAGHER
Federal Public Defender
Southern District of Texas No. 566458
New Jersey State Bar No. 2320341


By: /s/ Yvonne M. Gomez
YVONNE M. GOMEZ
Assistant Federal Public Defender
Attorney-in-Charge
Texas State Bar No. 00798212
Southern District of Texas No. 21089
1701 W. Bus. Hwy. 83, Suite 405
McAllen, Texas 78501-5159
Telephone: (956) 630-2995
Fax: (956) 631-8647


## CERTIFICATE OF CONFERENCE

I, Yvonne M. Gomez, the undersigned attorney for defendant, JAIME ALBERTO MURILLO-PADILLA, hereby certify that defense counsel consulted with United States Assistant Attorney, Matthew Phelps, regarding the Unopposed Motion to Advance Sentencing Date filed on the 3rd day of February 2026.

/s/ Yvonne M. Gomez
YVONNE M. GOMEZ
Assistant Federal Public Defender

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on 5th day of February 2026, a copy of the foregoing Unopposed Motion to Advance Sentencing Date, was served by Notification of Electronic Filing upon Matthew Phelps Assistant United States Attorney, Southern District of Texas.

/s/ Yvonne M. Gomez
YVONNE M. GOMEZ
Assistant Federal Public Defender